IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02386-MSK-MJW

PAMALA GIBSON,

    Plaintiff,

v.

AMCO INSURANCE COMPANY

    Defendant.

---

## ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
( Docket No 22 )

The matter comes on for hearing pursuant to Plaintiff's Unopposed Motion for Leave to File an Amended Complaint. The Court finds that good cause exists for Plaintiff to assert her C.R.S. § 10-3-1116(1) statutory remedy. Plaintiff's motion is therefore granted and her Amended Complaint is accepted for filing. Defendant shall have twenty days in which to file a pleading in response to Plaintiff's Amended Complaint.

Dated this 29th of December, 2008

BY THE COURT:

*[signature]*

United States Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**