IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02386-MSK-MJW

PAMALA GIBSON,

        Plaintiff,

v.

AMCO INSURANCE COMPANY,

        Defendant.

_____

## ORDER GRANTING MOTION FOR ADMINISTRATIVE CLOSURE
_____

THIS MATTER comes before the Court on the Joint Motion for Administrative Closure

(Motion) **(#45)** filed March 30, 2009. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Pursuant to D.C.Colo.LCivR 41.2 the

Clerk is directed to administratively close this case, subject to reopening for good cause.

DATED this 31st day of March, 2009.

                                **BY THE COURT:**

                                _____

                                Marcia S. Krieger
                                United States District Judge